

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Priscilla Ann Delatorre,               * From the 266th District Court
                                         of Erath County
                                         Trial Court No. CR14825.

Vs. No. 11-17-00359-CR               * August 30, 2019

The State of Texas,                  * Memorandum Opinion by Bailey, C.J.
                                       (Panel consists of: Bailey, C.J.,
                                       Stretcher, J., and Wright, S.C.J., sitting
                                       by assignment)
                                       (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.